CR87 L-17  PARRET

FILED
DISTRICT COURT
DIST OF NEBRASKA

01 NOV 29 AM 10: 24

GARY D. MCFARLAND
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN RE: Criminal Cases

This matter is before the Court upon the Court's own motion:

IT IS HEREBY ORDERED that government's exhibits in the cases listed below are to be returned to the United States Attorney for appropriate disposition.

| CASE NUMBER | CAPTION |
|---|---|
| CR71-L-154 | (Chart) |
| CR73-L-141 | (Chart) |
| CR73-L-155 | (Chart) |
| CR74-L-16 | (Chart) |
| CR 526-L | (Chart) |
| 76-24M | U.S.A. v. Calvin Sutliff |
| CR 76-L-02 | U.S.A. v. Ronald Alan Perkins |
| CR 76-L-03 | U.S.A. v. James Wilson |
| CR 76-L-04 | U.S.A. v. David Lee White |
| CR 76-L-07 | U.S.A. v. Mary Delores Maestas |
| CR 76-L-16 | U.S.A. v. Hattie Ruth Norris (2 large charts) |
| CR 76-L-32 | U.S.A. v. Gary Archer |
| CR 77-L-02 | U.S.A. v. Francis D. Osborne |
| CR 77-L-06 | U.S.A. v. Douglas D. Olson |
| CR 79-L-15 | U.S.A. v. Gary Lee Bohl |
| CR 80-L-08 | U.S.A. v. James Russell Ross |
| CR 80-L-11 | U.S.A. v. Robert S. Potter |
| CR 81-L-04 | U.S.A. v. Jerald Williams |
| CR 81-L-08 | U.S.A. v. Larry Lee Thompson |
| CR 82-L-21 | U.S.A. v. Al-Amin Hunafa, etc. |
| CR 82-L-22 | U.S.A. v. Theodore Nance |
| CR 83-L-10 | U.S.A. v. Kathyrn Louise Glasnapp, et al. |
| CR 83-L-15 | U.S.A. v. Robert Cohen |
| CR 84-L-14 | U.S.A. v. Fidel Anselmo Lopez-Rodriguez |
| CR 84-L-16 | U.S.A. v. Antonio Villanueva-Serrato |
| CR 84-L-17 | U.S.A. v. Roger McMann |
| CR 84-L-18 | U.S.A. v. Dana G. Stephenson, et al |
| CR 84-L-25 | U.S.A. v. Nathan Sansouci |

| Case Number | Case Name |
|---|---|
| CR 86-L-22 | U.S.A. v. Boyd |
| CR 87-L-17 | U.S.A. v. Parret |
| CR 88-L-33 | U.S.A. v. Melvin Hicks |
| CR 89-L-02 | U.S.A. v. Martha Alanis |
| CR 90-L-01 | U.S.A. v. Francisco Granados, et al. |
| CR 90-L-02 | U.S.A. v. Douglas Haifley, et al. |
| CR 90-L-03 | U.S.A. v. Terry W. Dunlop |
| CR 90-L-05 | U.S.A. v. Jeffrey Mueller |
| CR 90-L-06 | U.S.A. v. Richard Willmes |
| CR 90-L-09 | U.S.A. v. James Edgar |
| CR 90-L-13 | U.S.A. v. Michael Hill |
| CR 90-L-15 | U.S.A. v. Arvid Wiest |
| CR 90-L-16 | U.S.A. v. Thomas E. Nootz |
| CR 90-L-20 | U.S.A. v. Ramona Dobbins, et el. |
| CR 90-L-26 | U.S.A. v. Ripley Curtis Hoffman |
| CR 90-L-27 | U.S.A. v. Steven Van Horn |
| CR 90-L-30 | U.S.A. v. Samuel B. Turner, et al. |
| CR 90-L-31 | U.S.A. v. Joni Williams |
| CR 90-L-38 | U.S.A. v. James Malone |
| CR 90-L-39 | U.S.A. v. Thomas Higgins |
| CR 90-L-40 | U.S.A. v. Walter T. Drewel |
| 4:91CR3002 | U.S.A. v. Montez Clemons, et al. |
| 4:91CR3004 | U.S.A. v. Duane Hopp |
| 4:91CR3007 | U.S.A. v. Robert Charles Clark |
| 4:91CR3010 | U.S.A. v. Joseph Gentert |
| 4:91CR3012 | U.S.A. v. Julie Disher |
| 4:91CR3013 | U.S.A. v. Charles Arehart |
| 4:91CR3015 | U.S.A. v. Leonard Woodrum |
| 4:91CR3019 | U.S.A. v. James Groene |
| 4:91CR3029 | U.S.A. v. Stephanie Morehouse |
| 4:91CR3033 | U.S.A. v. Norman Ford |
| 4:91CR3041 | U.S.A. v. Michael Kirchoff |
| 4:91CR3042 | U.S.A. v. Michael Pope |
| 4:91CR3045 | U.S.A. v. Craig McIntosh |
| 4:91CR3046 | U.S.A. v. Janice Bradley |
| 4:91CR3047 | U.S.A. v. Kimberly Chatman |
| 4:91CR3048 | U.S.A. v. Sonny Havlicek |
| 4:91CR3049 | U.S.A. v. Robert Kolka |
| 4:91CR3051 | U.S.A. v. Robert Moore |
| 4:91CR3052 | U.S.A. v. Sean Murry |
| 4:91CR3053 | U.S.A. v. Corey Lee Steward |
| 4:91CR3055 | U.S.A. v. Allen D. Zollicoffer |
| 4:91CR3056 | U.S.A. v. M. Douglas Hickman, Jr. |
| 4:91CR3058 | U.S.A. v. Jerry William McCullough |
| 4:91CR3062 | U.S.A. v. Merle Mayer |
| 4:91CR3064 | U.S.A. v. Robert D. DeAngelo |
| 4:91CR3066 | U.S.a. V. William Coady |
| 4:91CR3071 | U.S.A. v. Scott Schneider |
| 4:92CR117 | U.S.A. v. John Perkins |
| 8:92CR124 | U.S.A. v. Kenneth Johnson, Jr. |
| 8:92CR126 & 8:93CR67 | U.S.A. V. Edward Elliott |

```
8:92CR150                      U.S.A. v. Lionel Reagor, et al.
4:92CR3000                     U.S.A. v. Timothy Brian Hulinsky
4:92CR3003                     U.S.A. v. Flavio Fonseca Canizales
4:92CR3006 & 4:92CR3007        U.S.A. v. Lori Richards
4:92CR3010                     U.S.A. v. Marilyn J. Fidler
4:92CR3012                     U.S.A. v. Paul Ellis
4:92CR3018                     U.S.A. v. Viviano Miranda-Garcia
4:92CR3028                     U.S.A. v. Jeffrey Lechner
4:92CR3032                     U.S.A. v. Ray B. Nelson
4:92CR3035                     U.S.A. v. Wayne Duncan
4:92CR3052                     U.S.A. v. Ronald Miller
4:92CR3053                     U.S.A. v. Jeffrey O'Kelly
4:92CR3060                     U.S.A. v. Michael West
4:92CR3065                     U.S.A. v. Paul K. Golter
4:92CR3072                     U.S.A. v. Scott Squires
4:92CR3079                     U.S.A. v. Dennis Mauch
4:92CR3084                     U.S.A. v. Fena Moss
4:92CR3086                     U.S.A. v. William Smith
4:92CR3087                     U.S.A. v. David Satterfield
4:92CR3089                     U.S.A. v. Anthony Underwood
4:93CR3001                     U.S.A. v. Holly Wilmot
4:93CR3002                     U.S.A. v. Ronald Gerhardt, Jr.
4:93CR3009                     U.S.A. v. Robert A. Robertson
4:93CR3022                     U.S.A. v. Richard M. Housman
4:93CR3027                     U.S.A. v. Sandra Sawyer
4:93CR3035                     U.S.A. v. Eric Moore, et al
4:93CR3048                     U.S.A. v. Roslyn Burton
4:93CR3055                     U.S.A. v. Craig Buchanan, et al.
4:93CR3071                     U.S.A. v. Gregory Tenney
4:93CR3073                     U.S.A. v. Vang Vercue, et al.
4:94CR3000                     U.S.A. v. Gregory T. Walsh
4:94CR3006                     U.S.A. v. James Monahan
4:94CR3008                     U.S.A. v. Stacy J. Roblyer
4:94CR3009                     U.S.A. v. Denise Barber
4:94CR3016                     U.S.A. v. Augustin Aranso-Chairez
4:94CR3029                     U.S.A. v. Glen Shomer, et al.
4:94CR3030                     U.S.A. v. Laura Figaszewski
4:94CR3033                     U.S.A. v. James Rounsavall
4:94CR3034                     U.S.A. v. Mary Ann Rounsavall
4:94CR3035                     U.S.A. v. Eric Shawn Perry
4:94CR3037                     U.S.A. v. Jeffrey Allen Busch
4:94CR3038                     U.S.A. v. Dixie Buck
4:94CR3040                     U.S.A. v. Allen Trompke, et al.
4:94CR3041                     U.S.A. v. Jackie Brown, et al.
4:94CR3042                     U.S.A. v. Donna Barger
4:94CR3053                     U.S.A. v. Elizabeth Buckhanan
4:94CR3059                     U.S.A. v. Robert Rash
4:95CR3031                     U.S.A. v. Lasalle Waldrip
4:95CR3037                     U.S.A. v. Corey Hupp
4:95CR3044                     U.S.A. v. Lynn Dutton
4:95CR3054                     U.S.A. v. Joyce Brown
```

| | |
|---|---|
| 4:96CR3046 | U.S.A. v. Alwin Belgrave |
| 4:96CR3052 | U.S.A. v. Melayne R. Danekas |
| 4:96CR3064 | U.S.A. v. Robert Kersenbrock |
| 4:96CR3065 | U.S.A. v. Christopher Muggy |
| 4:97CR3002 | U.S.A. v. Jimmie Johnson |
| 4:97CR3019 | U.S.A. v. Timothy C. Washington |
| 4:97CR3024 | U.S.A. v. Miguel Hernandez-Orozco |
| 4:97CR3045 | U.S.A. v. Lee Flora Wallace |
| 4:97CV3051 | U.S.A. v. Antonio Brown |
| 4:97CR3054 | U.S.A. v. Curtis Paul Shettlesworth |
| 4:97CR3077 | U.S.A. v. Eric Gillette |
| 4:97CR3090 | U.S.A. v. Peggy L. Shazier, et al. |
| 4:98CR3009 | U.S.A. v. Deyara Mason |
| 4:98CR3010 | U.S.A. v. Gaila M. Haynes |
| 4:98CR3016 | U.S.A. v. John M. Petersen |
| 4:98CR3033 | U.S.A. v. Gustavo Martinez-Cruz |
| 4:98CR3034 | U.S.A. v. Jennifer Chavez |
| 4:98CR3038 | U.S.A. v. Terrion Atkins |
| 4:98CR3045 | U.S.A. v. Aaron King |
| 4:98CR3048 | U.S.A. v. Rosalind Burton |
| 4:98CR3059 | U.S.A. v. Robert E. Jacobsen |
| 4:98CR3069 | U.S.A. v. Thomas J. Bernard, et al. |
| 4:98CR3070 | U.S.A. v. Robert Baker |
| 4:98CR3075 | U.S.A. v. Charles Hertlein, et al. |
| 4:98CR3094 | U.S.A. v. Candido Vasquez Soto |
| 4:98CR3095 | U.S.A. v. Donald Huntington |
| 4:98CR3102 | U.S.A. v. Axel E. Rohe |
| 4:99CR3004 | U.S.A. v. Christine Freeman |
| 4:99CR3021 | U.S.A. v. Mark Johnson |
| 4:99CR3026 | U.S.A. v. Timothy Heir |
| 4:99CR3040 | U.S.A. v. Michael A. Ealey |
| 4:99CR3048 | U.S.A. v. Kathi S. Kuenning |
| 4:99CR3051 | U.S.A. v. Melvin L. Smith |
| 4:99CR3053 | U.S.A. v. Reed Wilson |
| 4:99CR3074 | U.S.A. v. Thomas P. McGinn |
| 4:99CR3077 | U.S.A. v. Carl A. Nielsen |
| 4:99CR3089 | U.S.A. v. Randall S. Meyers |
| 4:99CR3103 | U.S.A. v. Patrick Sardeson |
| 4:99CR3104 | U.S.A. v. Douglas Lampman, Jr. |
| 4:99CR3106 | U.S.A. v. Darwin W. Houck, Jr. |
| 4:00CR3004 | U.S.A. v. Jesus Arsenio Quintero-Barraza |
| 4:00CR3007 | U.S.A. v. Nicki L. Zabel |
| 4:00CR3013 | U.S.A. v. Mark D. Nelson |
| 4:00CR3028 | U.S.A. v. Abu Sayeed Ghani |
| 4:00CR3030 | U.S.A. v. Darrell L. Jones |
| 4:00CR3041 | U.S.A. v. Tracie D. Cotton |
| 4:00CR3044 | U.S.A. v. Kenneth J. Williams |
| 4:00CR3046 | U.S.A. v. Isaac Bells |
| 4:00CR3048 | U.S.A. v. Dwayne Amerson |
| 4:00CR3050 | U.S.A. v. Billy R. Prall |
| 4:00CR3055 | U.S.A. v. Travis Stutzman |

```
4:00CR3059          U.S.A. v. Jesus J. Rodriquez
4:00CR3068          U.S.A. v. Ramon Garcia
4:00CR3077          U.S.A. v. Phuoc T. Nguyen, et al
4:00CR3099          U.S.A. v. Herbert J.C. Kulow
```

DATED this 29th day of November, 2001.

BY THE COURT

_____
RICHARD G. KOPF
United States Chief Judge